IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ISMAEL HERNANDEZ PADILLA, #356764, Plaintiff, | § § § § | |
| v. | § | CIVIL CASE NO. 3:18-CV-1522-S-BK |
| THE U.S. DISTRICT COURT OF NORTHERN DISTRICT OF TEXAS, et al., Defendants. | § § § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that this action is dismissed as **BARRED** by three strikes. *See* 28 U.S.C. § 1915(g).

SO ORDERED this 2 day of August, 2018.

_____
UNITED STATES DISTRICT JUDGE